ROBBINS GELLER RUDMAN
  & DOWD LLP
RANDALL J. BARON (150796)
A. RICK ATWOOD, JR. (156529)
DAVID T. WISSBROECKER (243867)
EDWARD M. GERGOSIAN (105679)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
randyb@rgrdlaw.com
ricka@rgrdlaw.com
dwissbroecker@rgrdlaw.com
egergosian@rgrdlaw.com

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALBERT STEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>  vs.<br><br>NATIONAL SEMICONDUCTOR CORPORATION, et al.,<br><br>                      Defendants. | No. 11-cv-01825-PSG<br><br>CLASS ACTION<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1) |

631616_1

1  TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD

2      WHEREAS, plaintiff Albert Stein filed a class action complaint on behalf of the holders of National Semiconductor Corporation ("National Semiconductor" or the "Company") and all others similarly situated against National Semiconductor and others on April 14, 2011, captioned *Stein et al. v. Nat'l Semiconductor Corp., et al.*, Case No. CV-11-01825 ("Complaint");

    WHEREAS, no defendant in this action has answered or filed for summary judgment; and

    WHEREAS, a class has not been certified in this action.

    NOW, THEREFORE, NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff Albert Stein voluntarily dismisses the Complaint without prejudice.

DATED: June 14, 2011    ROBBINS GELLER RUDMAN
       & DOWD LLP
    RANDALL J. BARON
    A. RICK ATWOOD, JR.
    DAVID T. WISSBROECKER
    EDWARD M. GERGOSIAN

    /s/ David T. Wissbroecker

    DAVID T. WISSBROECKER

    55 West Broadway, Suite 1900
    San Diego, CA  92101
    Telephone:  619/231-1058
    619/231-7423 (fax)

    LAW OFFICES OF MARC S. HENZEL
    MARC S. HENZEL
    431 Montgomery Avenue, Suite B
    Merion Station, PA  19066
    Telephone:  610/660-8000
    610/660-8080 (fax)

    Attorneys for Plaintiff

631616_1

CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I further certify that I caused this document to be forwarded to the following Designated Internet Site at: http://securities.stanford.edu.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 14, 2011.

    s/ David T. Wissbroecker
DAVID T. WISSBROECKER

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: DWissbroecker@rgrdlaw.com

631616_1

# Mailing Information for a Case 5:11-cv-01825-PSG

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **A. Rick Atwood , Jr**
  ricka@rgrdlaw.com,jaimem@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Randall J. Baron**
  randyb@rgrdlaw.com,jaimem@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Edward M. Gergosian**
  ed@gergosian.com,johanna@gergosian.com

- **Marc S. Henzel**
  mhenzel182@aol.com

- **David Todd Wissbroecker**
  dwissbroecker@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`